# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CRIMINAL NO: 07-388-01 |
| KENNETH THOMPSON | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2011, upon consideration of the Motion Under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Document No. 189), the government's response, the defendant's reply, and after a review of the record, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the request for a certificate of appealability is **DENIED**.

    /s/Timothy J. Savage  
    TIMOTHY J. SAVAGE, J.