**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO: 07-388-02** |
| | : | |
| **ROMEL BOLGER** | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2011, upon consideration of the Motion Under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Document No. 188), the government's response, the defendant's reply, and after a review of the record, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the request for a certificate of appealability is **DENIED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.